[Nos. 10590-6-I; 11573-6-I.   Division One.   January 24, 1983.]

*In the Matter of the Personal Restraint of*
CLELL JONES, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. CLELL
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84564, Frank H. Roberts, Jr., J., entered July
21, 1981, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Williams, J., concurred in by
Swanson and Corbett, JJ.

[No. 10703-8-I.   Division One.   January 24, 1983.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID
L. LEE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-05067-9, David C. Hunter, J., entered
August 13, 1981. *Dismissed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Swanson,
J.

[No. 10385-7-I.   Division One.   January 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
CHARLES JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00482-9, Frank J. Eberharter, J., entered
June 8, 1981. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Andersen, C.J., and Williams, J.